IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID D. MELTON**, | Case No. 3:13-cv-01989-JE |
| Plaintiff, | **ORDER** |
| v. | |
| **CAROLYN W. COLVIN,** **Commissioner of Social Security**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

United States Magistrate Judge John Jelderks issued Findings and Recommendation in this case on May 26, 2016. Dkt. 36. Judge Jelderks recommended that Plaintiff's application to recover attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted in the amount of $7,926.72, and denied as to the balance of the $9,114.01 that Plaintiff requests. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court

PAGE 1 – ORDER

shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review de novo magistrate's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Jelderks's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Judge Jelderks's Findings and Recommendation, Dkt. 36. Plaintiff's application to recover attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, is **GRANTED IN PART** in the amount of $7,926.72 and **DENIED IN PART** as to the balance of the $9,114.01 that Plaintiff requests.

**IT IS SO ORDERED.**

DATED this 14th day of June, 2016.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge